AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR, ET AL )<br>*Plaintiff* )<br>v. )<br> )<br>SAVVY INSURANCE SOLUTIONS, LLC )<br>*Defendant* ) | Civil Action No. 1:25-CV-12393-WGY |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   SAVVY INSURANCE SOLUTIONS, LLC, RESIDENT AGENT, PARACORP INCORPORATED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PARONICH LAW, P.C. , ANTHONY PARONICH, ESQ. , 350 LINCOLN ST SUITE 2400 , HINGHAM, MA 02043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-CV-12393-WGY

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SAVVY INSURANCE SOLUTIONS, LLC, RESIDENT AGENT, PARACORP INCORPORATED was received by me on *(date)* Sep 1, 2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Barry Shuster, PARACORP INCORPORATED REPRESENTATIVE, for PARACORP INCORPORATED, RESIDENT AGENT, who is designated by law to accept service of process on behalf of *(name of organization)* SAVVY INSURANCE SOLUTIONS, LLC, AT 1157 TUCKER ROAD, DARTMOUTH, MA 02747 on *(date)* Wed, Sep 03 2025 @ 1:02pm; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 09/03/2025

*Server's signature*

MATTHEW ROBERTSON Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 3, 2025, 1:02 pm EDT at 1157 TUCKER ROAD, DARTMOUTH, MA 02747 received by Barry Shuster, PARACORP INCORPORATED REPRESENTATIVE . Age: Approx 65-70 years old; Ethnicity: Caucasian; Gender: Male; Weight: Approx 215lbs; Height: 5'5"; Hair: Bald;

**Documents Served:** image001.pngimage002.jpgimage003.pngimage004.jpgSummons in a Civil Action; Civil Cover Sheet; and Complaint