AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) | Case No. 1:25-cv-12393-WGY |
| *Plaintiff* | | |
| v. | | |
| SAVVY INSURANCE SOLUTIONS, LLC, | | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAVVY INSURANCE SOLUTIONS, LLC

Date: September 19, 2025                              /s/ Keshav Ahuja
                                                                                        *Attorney's signature*

                                                                 Keshav Ahuja (BBO # 706907)
                                                                                *Printed name and bar number*
                                                                 MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
                                                                 One Financial Center
                                                                 Boston, MA 02111
                                                                                         *Address*

                                                                 KAhuja@mintz.com
                                                                                   *E-mail address*

                                                                 (617) 542-6000
                                                                                  *Telephone number*

                                                                 (617) 542-2241
                                                                                     *FAX number*