UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-12393-WGY |

**STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

    It is hereby stipulated and agreed, by and between Plaintiffs Sara Taylor and Chet Wilson ("Plaintiffs") and Defendant Savvy Insurance Solutions, LLC ("Savvy") (together, the "Parties") that the deadline for Savvy to respond to Plaintiff's Complaint ("Complaint") is hereby extended through and including October 24, 2025.

    WHEREAS, Savvy was served with Complaint on September 3, 2025 and its response to the Complaint is currently due on September 24, 2025;

    WHEREAS, Savvy's counsel are investigating the named Plaintiffs' allegations and evaluating Savvy's potential defenses and response to the Complaint;

    WHEREAS, the Parties agree that Savvy may have a 30-day extension of time through October 24, 2025 to respond to the Complaint; and

    WHEREAS, Keshav Ahuja certifies that each of the other signatories to this Stipulation have expressly agreed to the form and substance of the document and that he has each signatory's

1

actual authority to submit this document electronically, pursuant to the Case Management and Electronic Case Files Administrative Procedures Rule M(2).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to Order of the Court, that Defendant Savvy Insurance Solutions, LLC's deadline to respond to the Complaint shall be October 24, 2025.

Respectfully Submitted,

| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | PARONICH LAW, P.C. |
|---|---|
| */s/ Keshav Ahuja* | */s/ Anthony Paronich* |
| Keshav Ahuja<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241<br>KAhuja@mintz.com | Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com |
| Esteban Morales (*Pro Hac Vice Forthcoming*)<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel: (310) 586-3200<br>Fax: (310) 586-3202<br>emorales@mintz.com | Attorneys for Plaintiffs<br>SARA TAYLOR and CHET WILSON |
| Attorneys for Defendant<br>SAVVY INSURANCE SOLUTIONS, LLC | |

Dated:  September 19, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2025, I caused a true and correct copy of the foregoing document to be filed electronically and served via the Court's ECF as follows:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Attorneys for Plaintiffs
SARA TAYLOR and CHET WILSON

　　　　　　　　　　　　　　　　　　　　*/s/ Keshav Ahuja*
　　　　　　　　　　　　　　　　　　　　Keshav Ahuja