UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-12393-WGY |

**STIPULATION EXTENDING TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

It is hereby stipulated and agreed, by and between Plaintiffs Sara Taylor and Chet Wilson ("Plaintiffs") and Defendant Savvy Insurance Solutions, LLC ("Savvy") (together, the "Parties") that the deadline for Savvy to respond to Plaintiff's Complaint ("Complaint") is hereby extended through and including November 24, 2025.

WHEREAS, Savvy was served with the Complaint on September 3, 2025 and the parties previously stipulated that its response would be due on October 24, 2025;

WHEREAS, Savvy's counsel have had preliminary discussions with counsel for Plaintiffs regarding the allegations and submit this stipulation because Savvy's counsel are continuing to investigate the named Plaintiffs' allegations, are continuing to evaluate Savvy's potential defenses and response to the Complaint, and because of competing deadlines in unrelated matters;

WHEREAS, the Parties agree that Savvy may have a 30-day extension of time through November 24, 2025 to respond to the Complaint while Savvy continues to investigate the allegations and while discussions continue;

WHEREAS, Keshav Ahuja certifies that each of the other signatories to this Stipulation have expressly agreed to the form and substance of the document and that he has each signatory's actual authority to submit this document electronically, pursuant to the Case Management and Electronic Case Files Administrative Procedures Rule M(2).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to Order of the Court, that Defendant Savvy Insurance Solutions, LLC's deadline to respond to the Complaint shall be November 24, 2025.

Respectfully Submitted,

| | |
|---|---|
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | PARONICH LAW, P.C. |
| */s/ Keshav Ahuja* | */s/ Anthony I. Paronich* |
| Keshav Ahuja<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 542-6000<br>Fax: (617) 542-2241<br>KAhuja@mintz.com | Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com<br><br>Attorneys for Plaintiffs<br>SARA TAYLOR and CHET WILSON |
| Esteban Morales (*Pro Hac Vice Forthcoming*)<br>MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO P.C.<br>2049 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel: (310) 586-3200<br>Fax: (310) 586-3202<br>emorales@mintz.com | |
| Attorneys for Defendant<br>SAVVY INSURANCE SOLUTIONS, LLC | |

Dated: October 21, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2025, I caused a true and correct copy of the foregoing document to be filed electronically and served via the Court's ECF as follows:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Attorneys for Plaintiffs
SARA TAYLOR and CHET WILSON

*/s/ Keshav Ahuja*
Keshav Ahuja