UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>  Defendants. | Case No.: 1:25-cv-12393-WGY |

**UNOPPOSED MOTION FOR ADMISSION OF ESTEBAN MORALES *PRO HAC VICE***

Pursuant to Massachusetts Local Rule 83.5.3, Keshav Ahuja, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, respectfully moves for the admission of Esteban Morales, a member of the bar of the State of California, to this Court for the purpose of representing Defendant Savvy Insurance Solutions, LLC ("Savvy"), in the above-captioned matter.

Attached as Exhibit A to this motion, pursuant to Local Rules 83.5.3(b) and 83.5.3(e)(3), is the Declaration of Esteban Morales affirming that: (1) he is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (3) he has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct; and (4) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. A fee payment is being submitted electronically concurrent with the filing of this motion.

1

Counsel for Savvy conferred with counsel for Plaintiffs Sara Taylor and Chet Wilson ("Plaintiffs") on November 20, 2025. Plaintiffs do not oppose this motion.

Dated: November 24, 2025

        Respectfully submitted,

        **SAVVY INSURANCE SOLUTIONS LLC**

        By their counsel,

        /s/ *Keshav Ahuja*
        Keshav Ahuja BBO # 706907
        MINTZ, LEVIN, COHN, FERRIS,
        GLOVSKY AND POPEO, P.C.
        One Financial Center
        Boston, MA 02111
        Tel: (617) 542-6000
        Fax: (617) 542-2241
        KAhuja@mintz.com

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that on November 24, 2025, counsel for Defendant conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff confirmed that Plaintiff does not oppose this motion.

*/s/ Keshav Ahuja*
Keshav Ahuja

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I caused a true and correct copy of the foregoing document to be filed electronically and served via the Court's ECF as follows:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Attorneys for Plaintiffs
SARA TAYLOR and CHET WILSON

                                                  */s/ Keshav Ahuja*
                                                  Keshav Ahuja