# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-12393-WGY |

## DECLARATION OF ESTEBAN MORALES

I, Esteban Morales, state as follows:

1. I am an attorney licensed to practice law before the State of California.

2. I am a Member at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. The address of my office is 2049 Century Park East, Suite 300 Los Angeles, CA 90067. My telephone number is (310) 226-7841.

3. I was admitted to practice law in California in 2010 and my California State Bar number is 273948.

4. I am a member in good standing and duly licensed and admitted to practice in each jurisdiction listed above.

5. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the defendant in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, and I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 24, 2025, in Los Angeles, California.

_____
Esteban Morales