UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>    Defendants. | Case No.: 1:25-cv-12393-WGY<br><br>**REQUEST FOR ORAL ARGUMENT** |

**DEFENDANT SAVVY INSURANCE SOLUTIONS, LLC'S MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE**

Defendant Savvy Insurance Solutions, LLC respectfully moves to dismiss the Complaint (Doc. No. 1) with prejudice under Federal Rules of Civil Procedure 12(b)(1) and (6) and to strike the class allegations and prayer for a finding of knowing or willful violations under Federal Rule of Civil Procedure 12(f). The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Savvy Insurance Solutions, LLC requests oral argument on this motion.

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Undersigned counsel hereby certifies that counsel for Defendant conferred with counsel for Plaintiffs in good faith regarding the issues raised by this Motion, and Plaintiffs' counsel opposes this Motion.

Dated: November 24, 2025

Respectfully submitted,

**SAVVY INSURANCE SOLUTIONS, LLC**

By their counsel,

/s/ *Keshav Ahuja*
Keshav Ahuja BBO # 706907
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
KAhuja@mintz.com

Esteban Morales (*pro hac vice pending*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 586-3200
Fax: (310) 586-3202
EMorales@mintz.com
*Attorneys for Defendant Savvy Insurance Solutions, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I caused a true and correct copy of the foregoing document to be filed electronically and served via the Court's ECF system as follows:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Attorney for Plaintiffs
SARA TAYLOR and CHET WILSON

                                      */s/ Keshav Ahuja*
                                      Keshav Ahuja