**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC,<br><br>       Defendants. | Case No.: 1:25-cv-12393-WGY |

**CORPORATE DISCLOSURE STATEMENT OF**
**SAVVY INSURANCE SOLUTIONS, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Savvy Insurance Solutions, LLC states that its parent corporation is Trellis Technologies, Inc. and states that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**SAVVY INSURANCE SOLUTIONS, LLC**

By their counsel,

/s/ *Keshav Ahuja*
Keshav Ahuja BBO # 706907
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
KAhuja@mintz.com

Esteban Morales (*pro hac vice pending*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 586-3200
Fax: (310) 586-3202
EMorales@mintz.com
*Attorneys for Defendant Savvy Insurance Solutions, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2025, I caused a true and correct copy of the foregoing document to be filed electronically and served via the Court's ECF system as follows:

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Attorneys for Plaintiffs
SARA TAYLOR and CHET WILSON

                                            */s/ Keshav Ahuja*
                                            Keshav Ahuja