AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Sara Taylor and Chet Wilson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-12393-WGY |
| Savvy Insurance Solutions, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Savvy Insurance Solutions, LLC.

Date: 12-17-2025

/s/ Esteban Morales
*Attorney's signature*

Esteban Morales (admitted pro hac vice - CA Bar No. 273948)
*Printed name and bar number*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
*Address*

emorales@mintz.com
*E-mail address*

(310) 586-3200
*Telephone number*

(310) 586-3202
*FAX number*