IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 1:25-cv-12393 |

**PLAINTIFFS' UNOPPOSED MOTION FOR A 21-DAY EXTENSION
OF TIME TO FILE THEIR OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE (ECF NO. 16)**

Plaintiffs, by and through undersigned counsel, respectfully move for a 21-day extension of time to file their opposition to Defendant Savvy Insurance Solutions, LLC's Motion to Dismiss for Failure to State a Claim and Lack of Subject-Matter Jurisdiction and Motion to Strike the First Amended Complaint (ECF No. 16). This motion is unopposed.

1. Defendant filed its Motion to Dismiss and Motion to Strike on December 17, 2025 (ECF No. 16), together with a supporting memorandum (ECF No. 17).

2. Under Local Rule 7.1(b)(2), Plaintiffs' opposition is currently due December 31, 2025.

3. Plaintiffs respectfully request a 21-day extension, up to and including January 21, 2026, to file their opposition.

4.	Good cause exists for this extension. Plaintiffs require additional time to evaluate the issues raised in Defendant's motion, including the jurisdictional arguments, to confer with clients as needed, and to prepare a complete response. The requested period also accounts for the year-end holiday schedule and existing professional obligations of counsel.

5.	This is Plaintiffs' first request for an extension of this deadline, and the requested extension will not prejudice Defendant.

6.	Counsel for Plaintiffs conferred with counsel for Defendant, and Defendant does not oppose this request.

Dated: December 22, 2025

>	PLAINTIFFS, individually and
>	on behalf of others similarly situated,
>
>	By:
>
>	*/s/ Anthony I. Paronich*
>	Anthony I. Paronich
>	Paronich Law, P.C.
>	350 Lincoln Street, Suite 2400
>	Hingham, MA 02043
>	[o] (617) 485-0018
>	[f] (508) 318-8100
>	anthony@paronichlaw.com