IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARA TAYLOR and CHET WILSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SAVVY INSURANCE SOLUTIONS, LLC<br><br>    Defendant. | CIVIL ACTION FILE NO. 1:25-cv-12393 |

**NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork or an Amended Complaint within sixty days.

Dated: January 20, 2026

                    PLAINTIFFS,

                    /s/ Anthony I. Paronich
                    Anthony I. Paronich
                    Paronich Law, P.C.
                    350 Lincoln Street, Suite 2400
                    Hingham, MA 02043
                    [o] (617) 485-0018
                    [f] (508) 318-8100

1 – First Set of Discovery