# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>SARA TAYLOR ET AL</u>
Plaintiffs

                                                             CIVIL ACTION
                                                             NO. <u>25cv12393-WGY</u>

       V.

<u>SAVVY INSURANCE SOLUTIONS, LLC</u>
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on January 20, 2026, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                   By the Court,

<u>January 21, 2026</u>                                         /s/Matthew A. Paine
Date                                                             Deputy Clerk